(March 1, 2001)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERTO GARCIA, Appellant. [721 NYS2d 508] —Judgments, Supreme Court, New York County (Ronald Zweibel, J.), rendered June 17, 1997, convicting defendant, after a jury trial, of two counts of criminal sale of a controlled substance in the third degree, and sentencing him to concurrent terms of 3 to 9 years, unanimously affirmed.

Defendant's suppression motion was properly denied. There is no basis upon which to disturb the court's credibility determinations, which are supported by the record. Concur— Sullivan, P. J., Nardelli, Williams, Saxe and Friedman, JJ.

■ DOROTHY KATZ, Respondent, v CITY OF NEW YORK, Respondent, and D. GANGI CONTRACTING CORP., Appellant. (And a Third-Party Action.) [721 NYS2d 509] —Order, Supreme Court, New York County (Carol Huff, J.), entered on or about October 6, 1999, which, in an action for personal injuries sustained in a fall allegedly caused by a sidewalk defect, denied defendant-appellant sidewalk contractor's motion for summary judgment dismissing the complaint as against it, unanimously affirmed, without costs.

The contractor's president stated at deposition that the relevant contract is in its possession and would show whether it performed work at the location where plaintiff fell, yet, it never produced the contract. The failure to do so gives plaintiff and codefendant City an acceptable excuse for not having tendered evidentiary proof in admissible form countering the affidavit of the contractor's supervisor that the contractor did not perform work at the site where plaintiff fell (*see, Friends of Animals v Associated Fur Mfrs.*, 46 NY2d 1065). Concur—Sullivan, P. J., Nardelli, Williams, Saxe and Friedman, JJ.